UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-7408 PSG (PJWx) | Date | September 14, 2012 |
|---|---|---|---|
| Title | Ingenuity13 LLC v. John Doe | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**    (In Chambers) Order to Show Cause Re: Personal Jurisdiction

    Plaintiff is ordered to show cause in writing of no more than five pages why this case should not be dismissed for lack of personal jurisdiction over Defendant John Doe. Plaintiff must respond by **October 5, 2012**, or this case will be **dismissed**.

    **IT IS SO ORDERED.**

IR for WH